UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:21-cv-00190

**Christopher Xavier,**
*Plaintiff,*

v.

**Texas Department of Criminal Justice et al.,**
*Defendants.*

### ORDER

Plaintiff Christopher Xavier, a former inmate proceeding pro se, filed this lawsuit against defendants Texas Department of Criminal Justice and the State of Texas pursuant to 42 U.S.C. § 1983. This case was referred to United States Magistrate Judge John D. Love. The magistrate judge issued a report recommending that plaintiff's civil-rights lawsuit be dismissed, without prejudice, for failure to comply with an order of the court and for plaintiff's failure to prosecute his own case. Doc. 8. No objections were filed to the magistrate judge's report.

When there have been no timely objections to a magistrate judge's report and recommendation, the court reviews it only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court accepts its findings and recommendation. Plaintiff's civil-rights action is dismissed, without prejudice, for failure to comply with a court order and for failure to prosecute. All motions which may be pending in this civil action are denied.

*So ordered by the court on August 26, 2021.*

J. CAMPBELL BARKER
United States District Judge